G. P. Henry, Plaintiff in Error, v. The State of Florida, Defendant in Error.

*In Banc.*

Writ of error to Circuit Court, Walton county; Lucius J. Reeves, Judge.

Fred T. Myers for plaintiff in error.

Attorney-General for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Writ of error dismissed on· præcipe of counsel for the plaintiff in error.

---

V. J. Herlong and Z. C. Herlong, partners under the firm name of Z. C. Herlong & Company, and T. A. Doke, Appellants, v. E. W. Millican, Appellee.

Division B.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

W. W. Hampton for appellants.

Evans Haile and Horatio Davis for appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. Decree affirmed.

Decision *Per Curiam.*